IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN SEGAL, : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-7493 |
| SAMUEL ZIELENIEC, et al., : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 16th day of June 2014, upon consideration of Defendants' Motions to Dismiss (Doc. Nos. 7 & 8) and Plaintiff's Response thereto and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant Samuel Zieleniec's Motion to Dismiss, insofar as it alleges want of personal jurisdiction is **DENIED**;

2. Defendant Samuel Zieleniec's Motion to Dismiss, insofar as it alleges that the Complaint fails to state a claim on which relief may be granted is **DENIED without prejudice** to his right to file a renewed Motion to Dismiss addressing choice of law;

3. Defendant Henry Zieleniec's Motion to Dismiss is **GRANTED**, and the Complaint is dismissed with respect to him for lack of personal jurisdiction;

4. Within **14 days** of the entry of this Order, Plaintiff shall submit to this Court a status report informing the Court and defense counsel whether he intends to pursue his claims in this Court against Samuel Zieleniec or whether he will dismiss this case and refile in a forum that has jurisdiction over both Defendants;

4. Within **28 days** of the entry of this Order, if the case is not voluntarily dismissed, Defendant Samuel Zieleniec shall answer or otherwise respond to the Complaint; if he renews his Motion to Dismiss, he shall include argument on whether and to what extent Israeli law applies to this dispute.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**