# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN SEGAL, Plaintiff, | : :  : CIVIL ACTION |
| v. | : : NO. 13-7493 |
| SAMUEL ZIELENIEC, Defendant. | : : |

## ORDER

**AND NOW**, this 24th day of March 2015, upon consideration of Defendant's Renewed Motion to Dismiss the Amended Complaint [Doc. No. 23], and Plaintiff's Memorandum in Opposition, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows: Count V of the Amended Complaint is **DISMISSED** and the Motion is **DENIED** in all other respects**.**

It is further **ORDERED** that Defendant shall **ANSWER** the Amended Complaint no later than 21 days from the date of this Order.

**IT IS SO ORDERED.**

                                                         BY THE COURT:


                                                         /s/ Cynthia M. Rufe
                                                         CYNTHIA M. RUFE, J.